■ In the Matter of WINSTON GULGAR, Petitioner, v RAYMOND P. MARTINEZ, Respondent. [789 NYS2d 915]—Proceeding pursuant to CPLR article 78 to review a determination of the State of New York Department of Motor Vehicles, Appeals Board, dated

December 16, 2002, which confirmed the findings of an administrative law judge, dated March 18, 2002, made after a hearing, that the petitioner violated New York City Traffic Rules and Regulations (34 RCNY) § 4-15 (b) (9) and Vehicle and Traffic Law § 401 (7) (F) (b), and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

Judicial review of an administrative determination made after a hearing is limited to whether the determination is supported by substantial evidence based upon the entire record (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176, 180 [1978]; *Matter of Masons v Martinez,* 8 AD3d 671 [2004]; *Matter of L. Camino Trucking v Martinez,* 5 AD3d 597 [2004]). Moreover, a reviewing court will not weigh evidence and assess credibility, since these functions are committed to the Administrative Law Judge (*see Matter of Scara-Mix, Inc. v Martinez,* 305 AD2d 418 [2003]; *Matter of Grace & Sons v New York State Dept. of Motor Vehs.,* 266 AD2d 284 [1999]). As the determination was supported by substantial evidence, we decline to disturb it.

The petitioner's remaining contention is without merit (*see Matter of JPR Constr. Corp. v Martinez,* 11 AD3d 543 [2004]; *Matter of IESI NY Corp. v Martinez,* 8 AD3d 667 [2004]; *Matter of Sureway Towing, Inc. v Martinez,* 8 AD3d 490 [2004]; *Matter of Clinton Ave. Constr. Corp. v Martinez,* 8 AD3d 273 [2004]). Florio, J.P., Adams, S. Miller and Santucci, JJ., concur.